```
 1  William E. Kennedy (State Bar No. 158214)
    Marco P. Quintana (State Bar No. 237295)
 2  LAW OFFICE OF WILLIAM E. KENNEDY
    2797 Park Avenue, Suite 201
 3  Santa Clara, CA  95050
    Telephone:    408.241.1000
 4  Facsimile:    408.241.1500

 5
    Attorneys for Plaintiff
 6  EKANIRMA GANI

 7

    Abraham J. Colman (State Bar No. 146933)
 8  Felicia Y. Yu (State Bar No. 193316)
    Vanessa T. Lam (State Bar No. 223254)
 9  REED SMITH LLP
    355 South Grand Avenue, Suite 2900
10  Los Angeles, CA  90071-1514
    Telephone:    213.457.8000
11  Facsimile:    213.457.8080
    acolman@reedsmith.com
12  fyu@reedsmith.com
    vlam@reedsmith.com
13
    Attorneys for Defendant
14  ARROW FINANCIAL SERVICES, L.L.C.

15
```

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EKANIRMA GANI,<br><br>              Plaintiff,<br><br>      vs.<br><br>ARROW FINANCIAL SERVICES, L.L.C.<br><br>              Defendant. | Case No. C 06-00301 MMC<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND [PROPOSED] ORDER THEREON** |

---

JOINT STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES AND [PROPOSED] ORDER THEREON

WHEREAS, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines on January 17, 2006 (the "Order");

WHEREAS, pursuant to the Order, March 31, 2006 is the last day for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan in the above-referenced matter;

WHEREAS, pursuant to the Order, April 14, 2006 is the last day for the parties to complete initial disclosures or state objections in the Rule 26(f) Report, file a Case Management Statement and file and serve a Rule 26(f) Report in the above-referenced matter;

WHEREAS, pursuant to the Order, a Case Management Conference in the above-referenced matter is ~~are~~ presently scheduled for ~~July~~ April 21, 2006 ~~7, 2006 and July 17, 2006, respectively~~;

WHEREAS, the parties have reached an agreement in principle to settle the above-referenced matter;

WHEREAS, the parties do not want to waste the Court's judicial resources and the parties' time and money to fulfill their obligations under the Order since the case has been settled in principle and the parties believe that settlement will be finalized within twenty-one days;

WHEREAS, this is the first time the parties have requested a continuance of the dates in the Order;

IT IS HEREBY stipulated by and between Plaintiff Ekanirma Gani and Defendant Arrow Financial Services, L.L.C. that the Initial Case Management Conference and ADR deadlines contained in

- 1 -
JOINT STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES AND [PROPOSED] ORDER THEREON

the Order be continued for twenty-one days so as to allow the parties to finalize their settlement of this matter.

DATED: March 30, 2006        LAW OFFICE OF WILLIAM E. KENNEDY

By /S/
Marco P. Quintana
Attorneys for Plaintiff
EKANIRMA GANI

DATED: March 30, 2006        REED SMITH LLP

By /S/
Vanessa T. Lam
Attorneys for Defendant
ARROW FINANCIAL SERVICES, L.L.C.

## [PROPOSED] ORDER

IT IS SO ORDERED. The Initial Case Management Conference and ADR deadlines contained in the Order Setting Initial Case Management Conference and ADR Deadlines issued by the Court on January 17, 2006 will be continued for twenty-one days. The initial Case Management Conference is hereby continued to May 12, 2006 at 10:30 a.m.

Dated: March 30, 2006

The Honorable Maxine M. Chesney
United States District Judge

DOCSLA-15528535.1-VTLAM