Dated: April 24, 2006

1  LAW OFFICE OF WILLIAM E. KENNEDY
   WILLIAM E. KENNEDY (CSB #158214)
2  MARCO P. QUINTANA (CSB #237295)
   2797 Park Avenue, Suite 201
3  Santa Clara, California 95050
   (408) 241-1000 phone
4  (408) 241-1500 fax

5  Attorney for Plaintiff EKANIRMA GANI

**IT IS SO ORDERED**
*Maxine M. Chesney*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

10  EKANIRMA GANI,                    )  Case No.: C 06-00301 MMC
11          Plaintiff                 )
                                      )  **STIPULATION OF DISMISSAL**
12  v.                                )
                                      )
13  ARROW FINANCIAL SERVICES, LLC.    )
                                      )
14          Defendant.                )
                                      )
15                                    )
                                      )
16  _____)

17      IT IS HEREBY STIPULATED by and between the parties to this action through their
18  designated counsel that the above-captioned action be and hereby is dismissed with prejudice. It
19  is further stipulated that each party will bear their own attorney fees and costs in connection with
20  this action.

21

22                              LAW OFFICE OF WILLIAM E. KENNEDY

23  Dated: 4/24/06

24                              _____
                                MARCO P. QUINTANA
25                              Attorney for Plaintiff EKANIRMA GANI

26                              REED SMITH LLP

27  Dated: April 24, 2006       _____
                                VANESSA T. LAM
28                              Attorney for Defendant ARROW FINANCIAL
                                SERVICES, LLC.

STIPULATION OF DISMISSAL

1